Rel: March 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0579

James Moorer v. Bank of America, N.A (Appeal from St. Clair Circuit Court: CV-21-900221).

STEWART, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Wise, Sellers, Mitchell, and McCool, JJ., concur.